B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Irena Bridal, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3492101** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 E. Roosevelt Road, #25**<br>**Villa Park, IL**<br>ZIP Code **60181** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**835 Seminary Circle**<br>**Glen Ellyn, IL**<br>ZIP Code **60137** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Irena Bridal, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Irene Ignowski** | Case Number: | Date Filed: |
|---|---|---|
| District: **Northern District of Illinois** | Relationship: **Principal of Debtor** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____  1/12/11  Signature of Attorney for Debtor(s)   (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Irena Bridal, Inc.**

### Signatures

#### Signature(s) of Debtor (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Lester A. Ottenhelmer III 3127572**
Printed Name of Attorney for Debtor(s)

**Ottenheimer Rosenbloom, LLC**
Firm Name

**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**

Address

Lottenheimer@otrlaw.com and Jrose@otrlaw.com
**847-520-9400  Fax: 847-520-9411**
Telephone Number

1/13/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Irene Ignowski**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

11/9/11
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Irena Bridal, Inc.**                   Case No. _____

                                Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,250.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 8,879.07 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 246,180.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 5,250.00 | | |
| Total Liabilities | | | | 255,059.73 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Irena Bridal, Inc.**

Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Irena Bridal, Inc.**                               ,      Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor has no interest legal, equitable or otherwise in any real property.** | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

___0___ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Irena Bridal, Inc.**                                         Case No. _____

_____
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account: West Suburban Bank | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Landlord | - | 3,300.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous pictures | - | 150.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                       3,450.00
(Total of this page)

  2  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                                          Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **1 file cabinet, 1 desk, 1 chair, table and chairs, ironing board, iron** | - | 300.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          300.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                            Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Miscellaneous bridal dresses and fixtures** | - | 1,500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 1,500.00 |
| (Total of this page) | |
| Total > | 5,250.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Irena Bridal, Inc.**                                              Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re   **Irena Bridal, Inc.**                            Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                             **2**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Irena Bridal, Inc.**                                          Case No. _____
                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **Unpaid Wages** | | | | | |
| **Georgia Biehl** **955 Sheridan Circle** **Naperville, IL 60563** | | - | | | | | | 0.00 |
| | | | | | | | **3,105.07** | **3,105.07** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | **3,105.07** | **3,105.07** |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Irena Bridal, Inc.**                                    Case No. _____
_____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Unpaid payments | | | | | |
| **Illinois Department of Employment Security PO Box 19286 Springfield, IL 62794** | - | | | | | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |
| Account No. | | | | Unpaid Sales Tax | | | | | |
| **Illinois Department of Revenue Retailers Occupation Tax Springfield, IL 62796-0001** | - | | | | | | | | 0.00 |
| | | | | | | | | 4,074.00 | 4,074.00 |
| Account No. | | | | 941-Payroll Taxes | | | | | |
| **Internal Revenue Service PO Box 21126 Philadelphia, PA 19114** | - | | | | | | | | 0.00 |
| | | | | | | | | 1,200.00 | 1,200.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | | 5,774.00 | 0.00  5,774.00 |
| | | | | Total (Report on Summary of Schedules) | | | | 8,879.07 | 0.00  8,879.07 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Irena Bridal, Inc.**                                                                Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**A. Brzuszkiewicz**<br>**2417 Cactus Ct.**<br>**Plainfield, IL 60586** | | - | | | Reimbursement for undelivered merchandise | | | | 138.92 |
| Account No.<br><br>**Ace Coffee Bar**<br>**601 E. Lake Street**<br>**Streamwood, IL 60107** | | - | | | Water service | | | | 28.30 |
| Account No.<br><br>**Advanta**<br>**PO Box 5657**<br>**Hicksville, NY 11802** | | - | | | Miscellaneous corporate charges | | | | 16,213.89 |
| Account No.<br><br>**Alex Quinnet**<br>**2808 E. Player Drive**<br>**Spokane, WA 99223** | | - | | | Reimbursement for undelivered merchandise | | | | 138.93 |

|  |  |  |
|---|---|---|
| **28**   continuation sheets attached | Subtotal<br>(Total of this page) | 16,520.04 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                                                Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alicia Anderson**<br>**1961 N. Hicks Road**<br>**Palatine, IL 60074** | - | | Reimbursement for undelivered merchandise | | | | 149.70 |
| Account No.<br><br>**Allure**<br>**American Clothing**<br>**8415 Wolf Lake Drive**<br>**Bartlett, TN 38133** | - | | Miscellaneous product | | | | 1,000.00 |
| Account No.<br><br>**Amanda Brandt**<br>**180 Amber Court**<br>**West Chicago, IL 60185** | - | | Reimbursement for undelivered merchandise | | | | 160.48 |
| Account No.<br><br>**Amanda Russell**<br>**One Wheaton Ctr, #2006**<br>**Wheaton, IL 60187** | - | | Reimbursement for undelivered merchandise | | | | 997.81 |
| Account No.<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** | - | | Miscellaneous corporate charges | | | | 9,894.15 |

Sheet no. _1_ of _28_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 12,202.14 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**
_____    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Andrea Hicks 140 SE 133 Avenue Portland, OR 97233 | | - | | | | | | 138.92 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Anne Nemchausky 1522 Crabtree Drive Westmont, IL 60559 | | - | | | | | | 921.66 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Annette Echols 2233 S. Highland Ave., #210 Lombard, IL 60148 | | - | | | | | | 189.56 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Annette Ganvik-Michalowski 1100 Creekview Drive Vernon Hills, IL 60061 | | - | | | | | | 187.42 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| April Belangor 16523 Zausa Drive Crest Hill, IL 60403 | | - | | | | | | 165.87 |

Sheet no. __2__ of __28__ sheets attached to Schedule of    Subtotal    1,603.43
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                          Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ashley Neal**<br>**28W750 Hawthorne Lane**<br>**West Chicago, IL 60185** | | - | Reimbursement for undelivered merchandise | | | | 142.15 |
| Account No.<br><br>**Ashley Russell**<br>**4405 N. Sacremento, #3B**<br>**Chicago, IL 60625** | | - | Reimbursement for undelivered merchandise | | | | 176.64 |
| Account No.<br><br>**Ashley Taff**<br>**1009 Kent Street**<br>**Lincoln, NE 68521** | | - | Reimbursement for undelivered merchandise | | | | 158.93 |
| Account No.<br><br>**AT&T**<br>**PO Box 5001**<br>**Carol Stream, IL 60197-5001** | | - | Phone services | | | | 298.58 |
| Account No.<br><br>**Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886** | | - | Miscellaneous corporate charges | | | | 15,315.83 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,092.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                        Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Miscellaneous corporate charges | | | | |
| **Bank of America** PO Box 15710 Wilmington, DE 19886-5710 | - | | | | | | 7,379.12 |
| Account No. | | | Miscellaneous charges | | | | |
| **Bank of America Business Gold Reserve** PO Box 851001-1001 Dallas, TX 75285-1001 | | | | | | | 11,828.28 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| **Beatrice Whitley** 34213 Sprint Hills Way Dade City, FL 33523 | - | | | | | | 176.63 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| **Beth Nemchausky** 2700 W. Belmont, #208 Chicago, IL 60618 | - | | | | | | 218.66 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| **Bianca Donahue** 914 Worcester Avenue Westchester, IL 60154 | - | | | | | | 189.56 |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        19,792.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                                    Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Accounting services** | | | | |
| **Bill Hainesworth** 27 W 345 Fleming Drive Winfield, IL 60190 | | - | | | | | 250.00 |
| Account No. | | | **Miscellaneous corporate charges** | | | | |
| **Business Capital** PO Box 0001 Los Angeles, CA 90096-8000 | | - | | | | | 12,104.94 |
| Account No. | | | **Miscellaneous corporate charges** | | | | |
| **Capital One** PO Box 6492 Carol Stream, IL 60197-6492 | | - | | | | | 3,907.48 |
| Account No. | | | **Miscellaneous corporate charges** | | | | |
| **Capital One** PO Box 6492 Carol Stream, IL 60197-6492 | | - | | | | | 7,503.78 |
| Account No. | | | **Reimbursement for undelivered merchandise** | | | | |
| **Carlie Hoekstra** 1461 Castlewood Wheaton, IL 60187 | | - | | | | | 176.64 |

Sheet no. __5__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 23,942.84 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Irena Bridal, Inc.**
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Caroline Gill 1943 Papworth Wheaton, IL 60187 | | - | | | | | | 149.70 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Carrie Fatz 1423 Newcastle Westchester, IL 60154 | | - | | | | | | 149.32 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Carson Quinnet 2808 E. Player Drive Spokane, WA 99223 | | - | | | | | | 138.93 |
| Account No. | | | | Notice Only | | | | |
| Casa Blanca 2140 E. Winston Road Anaheim, CA 92806 | | - | | | | | | 0.00 |
| Account No. | | | | Miscellaneous corporate charges | | | | |
| Chase PO Box 15153 Wilmington, DE 19886-5153 | | - | | | | | | 27,415.71 |

Sheet no. __6__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,853.66

B6F (Official Form 6F) (12/07) - Cont.

In re    Irena Bridal, Inc.                                              Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No.<br><br>Cheryl Cuting<br>285 Park Avenue, Apt # 10303<br>Pooler, GA 31322 | | - | | Reimbursement for undelivered merchandise | | | | 192.79 |
| Account No.<br><br>Christina Kefaloukos<br>333 Bryant Avenue<br>Glen Ellyn, IL 60137 | | - | | Reimbursement for undelivered merchandise | | | | 149.70 |
| Account No.<br><br>Citi Business Card<br>PO Box 688901<br>Des Moines, IA 50368 | X | - | | Miscellaneous charges | | | | 6,390.91 |
| Account No.<br><br>Comar Properties<br>c/o Steven D. Titiner<br>1700 Farnsworth<br>Aurora, IL 60505 | | - | | Unpaid Rent on personal guarantee | | | | 23,929.00 |
| Account No.<br><br>Courtney Somerfield<br>128 Kingery Quarter<br>Willowbrook, IL 60527 | | - | | Reimbursement for undelivered merchandise | | | | 165.87 |

Sheet no. __7__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,828.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                              Case No. _____

                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Danielle Mugnolo 1606 Midwest Club Pkwy Oak Brook, IL 60523 | | - | | | | | | 149.32 |
| Account No. | | | | Printing services | | | | |
| Dependable Business Forms 834 S. Myrtle Willa Park, IL 60180 | | - | | | | | | 280.08 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Dijona Donahue 914 Worcester Avenue Westchester, IL 60154 | | - | | | | | | 189.56 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Dina Gabay 2001 S. Meyers Road Apt 309 Villa Park, IL 60181 | | - | | | | | | 224.05 |
| Account No. | | | | Miscellaneous corporate charges | | | | |
| Discover PO Box 6103 Carol Stream, IL 60197-6492 | | - | | | | | | 7,417.34 |

Sheet no. __8__ of __28__ sheets attached to Schedule of            Subtotal          | 8,260.35
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.** _____     Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> E. Maslanka-Sceltes <br> 6135 S. McVicker <br> Chicago, IL 60638 | | - | Reimbursement for undelivered merchandise | | | | 160.48 |
| Account No. <br><br> Elaine Whitt <br> 18061 Biscayne Blvd. <br> North Miami Beach, FL 33160 | | - | Reimbursement for undelivered merchandise | | | | 142.15 |
| Account No. <br><br> Elavon Merchant Services <br> Chargeback Department <br> 7300 Chapman Hwy <br> Knoxville, TN 37920 | | - | Miscellaneous credit card services | | | | 22,014.22 |
| Account No. <br><br> Elise Melrose <br> 833 W. 15th Place <br> Chicago, IL 60608 | | - | Reimbursement for undelivered merchandise | | | | 169.10 |
| Account No. <br><br> Elizabeth Martin <br> 2921 Spring Green Drive <br> Darien, IL 60561 | | - | Reimbursement for undelivered merchandise | | | | 165.87 |

Sheet no. __9__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 22,651.82 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                                      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ellie Dovantzis <br> 200 N. Lake Shore Drive, #603 <br> Chicago, IL 60657 | | - | Reimbursement for undelivered merchandise | | | | 192.79 |
| Account No. <br><br> Elyse Barron <br> 340 Long Oak Drive <br> West Chicago, IL 60185 | | - | Reimbursement for undelivered merchandise | | | | 160.48 |
| Account No. <br><br> Emily Ericksen <br> 17W708 Butterfield Road, #306 <br> Oakbrook Terrace, IL 60181 | | - | Reimbursement for undelivered merchandise | | | | 138.92 |
| Account No. <br><br> Emily O'Reilly <br> 246 Hill Avenue <br> Glen Ellyn, IL 60137 | | - | Reimbursement for undelivered merchandise | | | | 1,083.26 |
| Account No. <br><br> Emily Reed <br> 2421 Spruce Street <br> River Grove, IL 60171 | | - | Reimbursement for undelivered merchandise | | | | 198.19 |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,773.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                                Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Ericka Smith 1336 McDowell Road. #201 Naperville, IL 60563 | - | | | | | | 176.65 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Erin Caldwell 5 Fourth Street Downers Grove, IL 60515 | | | | | | | 917.01 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Erin Crowley 115 N. Biermann Villa Park, IL 60181 | - | | | | | | 176.64 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Erin McAndrew 16128 Golfview Drive Lockport, IL 60441 | - | | | | | | 138.92 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Hannah O'Reilly 246 Hill Avenue Glen Ellyn, IL 60137 | - | | | | | | 142.15 |

Sheet no. __11__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 1,551.37

B6F (Official Form 6F) (12/07) - Cont.

In re    Irena Bridal, Inc.                                                                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                             Harriett Mitcham 2316 Springdale Lane Waldorf, MD 20603 | | - | | Reimbursement for undelivered merchandise | | | | 189.56 |
| Account No.                                                             Hilary Holsteen 9N755 Nesler Road Elgin, IL 60124 | | - | | Reimbursement for undelivered merchandise | | | | 142.15 |
| Account No.                                                             Impression 111000 West Airport Stafford, TX 77477 | | - | | Miscellaneous product | | | | 2,532.59 |
| Account No.                                                             Jane Heflin 270 N. Garfield Lombard, IL 60148 | | - | | Business loan | | | | 4,259.60 |
| Account No.                                                             Janet Cordoves 1500 W. Sullivan Road Aurora, IL 60506 | | - | | Reimbursement for undelivered merchandise | | | | 1,049.76 |

Sheet no. __12__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        8,173.66

B6F (Official Form 6F) (12/07) - Cont.

In re    Irena Bridal, Inc.                                                          Case No. _____
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Jasmine<br>820 Turnberry Court<br>Hanover Park, IL 60133 | | - | | Miscellaneous product | | | | 23,672.60 |
| Account No.<br><br>Jenna Trammell<br>321 S. West Ave., Apt F<br>Elmhurst, IL 60126 | | - | | Reimbursement for undelivered merchandise | | | | 189.56 |
| Account No.<br><br>Jennifer Bickford<br>550 Ida Street, Unit 1SE<br>Des Plaines, IL 60016 | | - | | Reimbursement for undelivered merchandise | | | | 997.83 |
| Account No.<br><br>Jennifer Hyland<br>22W141 Glen Valley Drive<br>Glen Ellyn, IL 60137 | | - | | Reimbursement for undelivered merchandise | | | | 160.47 |
| Account No.<br><br>Jennifer LaRocco<br>2105 Mandel<br>Westchester, IL 60154 | | - | | Reimbursement for undelivered merchandise | | | | 203.96 |

Sheet no. __13__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          25,224.42

B6F (Official Form 6F) (12/07) - Cont.

In re   Irena Bridal, Inc.                                                Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Jennifer Thomason 1700 North Park Avenue Chicago, IL 60614 | | - | Reimbursement for undelivered merchandise | | | | 169.10 |
| Account No. Jessica Bruning 406 Park Avenue, Unit 1 Sycamore, IL 60178 | | - | Reimbursement for undelivered merchandise | | | | 117.38 |
| Account No. Jessica Jetter 1213 Duke Court Naperville, IL 60565 | | - | Reimbursement for undelivered merchandise | | | | 160.78 |
| Account No. Jessica Lopez 1324 S. Cuyler Avenue Berwyn, IL 60402 | | - | Reimbursement for undelivered merchandise | | | | 149.32 |
| Account No. Joanna Wilson 4710 Old Oaks Drive, Apt. 2B Lisle, IL 60532 | | - | Reimbursement for undelivered merchandise | | | | 160.47 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

757.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Irena Bridal, Inc.                                          Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Joanne Sanogrossi 2135 N. Harlem, Unit 225 Elmwood Park, IL 60707 | | - | | | | | 225.11 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Julie Hubbard 1520 W. Henderson, Apt. #1 Chicago, IL 60657 | | - | | | | | 169.10 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Karen Schwarz 51 W. Altgeld Ave Glendale Heights, IL 60139 | | - | | | | | 750.39 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Kate Nemchausky 816 S. Adams Street Apt. C202 Westmont, IL 60559 | | - | | | | | 218.66 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Kathryn Daffava 2255 Oakridge Drive, #12 Aurora, IL 60502 | | - | | | | | 174.49 |

Sheet no. __15__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,537.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Irena Bridal, Inc.**                                            Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kathy Loehman** <br> **1160 Robey Avenue** <br> **Downers Grove, IL 60515** | | - | Reimbursement for undelivered merchandise | | | | 149.70 |
| Account No. <br><br> **Kathyryn Pasek** <br> **415 S. Addison** <br> **Villa Park, IL 60181** | | - | Reimbursement for undelivered merchandise | | | | 836.19 |
| Account No. <br><br> **Katie Baldridge** <br> **8050 Shoshone Trail** <br> **Tinley Park, IL 60477** | | - | Reimbursement for undelivered merchandise | | | | 289.78 |
| Account No. <br><br> **Katie Taylor** <br> **2S522 River Oaks Drive** <br> **Warrenville, IL 60555** | | - | Reimbursement for undelivered merchandise | | | | 160.48 |
| Account No. <br><br> **Katrina Ternoir** <br> **1631 Rose Lane** <br> **Romeoville, IL 60446** | | - | Reimbursement for undelivered merchandise | | | | 189.56 |

Sheet no. __16__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,625.71

B6F (Official Form 6F) (12/07) - Cont.

In re    Irena Bridal, Inc.                                            Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Kelly Moroney 409 W. Ronald Addison, IL 60101 | | - | Reimbursement for undelivered merchandise | | | | 1,074.27 |
| Account No. Kelly Noone 116 Saratoga Drive McMurray, PA 15317 | | - | Reimbursement for undelivered merchandise | | | | 160.48 |
| Account No. Kendall Hoekstra 1461 Castlewood Wheaton, IL 60189 | | - | Reimbursement for undelivered merchandise | | | | 176.64 |
| Account No. Keri Frederick 1140 N. Ardmore Villa Park, IL 60181 | | - | Reimbursement for undelivered merchandise | | | | 149.69 |
| Account No. Kirsten Hoffland 1366 Brighton Drive Wheaton, IL 60189 | | - | Reimbursement for undelivered merchandise | | | | 160.48 |

Sheet no. _17_ of _28_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,721.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Irena Bridal, Inc.**                                                    Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kristen Cieplak**<br>**1221 Wallen Place**<br>**Downers Grove, IL 60516** | | - | Reimbursement for undelivered merchandise | | | | 149.69 |
| Account No.<br><br>**Kristen Miller**<br>**138 N. Canyon Drive**<br>**Bolingbrook, IL 60490** | | | Reimbursement for undelivered merchandise | | | | 808.88 |
| Account No.<br><br>**Kristin Fino**<br>**243 El Paso Lane**<br>**Carol Stream, IL 60188** | | - | Reimbursement for undelivered merchandise | | | | 149.70 |
| Account No.<br><br>**Kyle Bellazzini**<br>**3S450 Williams Court**<br>**Warrenville, IL 60555** | | - | Reimbursement for undelivered merchandise | | | | 149.69 |
| Account No.<br><br>**LaToya Peire**<br>**8405 Andrea Lane, Apt. D**<br>**Woodridge, IL 60517** | | - | Reimbursement for undelivered merchandise | | | | 187.42 |

Sheet no. __18__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,445.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                              Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Laura Barron 340 Long Oak Drive West Chicago, IL 60185 | | - | | | | | 489.12 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Lauren Kerchill 1071 W. 15th Street, #305 Chicago, IL 60608 | | - | | | | | 300.00 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Laurie Johnson 1520 Prairie Crossing West Chicago, IL 60185 | | - | | | | | 270.00 |
| Account No. | | | Miscellaneous product | | | | |
| Levkoff 8 Westchester Plaza PO Box 1233 Elmsford, NY 10523 | | - | | | | | 2,548.84 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Lisa Savoie 16131 Golfview Drive Lockport, IL 60441 | | - | | | | | 187.42 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,795.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Irena Bridal, Inc.**
_____ ,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Lisa Scotti 329 E. 31st Street Baltimore, MD 21218 | | - | | | | | 192.79 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Lisa Wisvader 481 Arrowheard Trail Carol Stream, IL 60188 | | - | | | | | 221.90 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Lori Panzarella 195 Duxbury, Unit A Bloomingdale, IL 60108 | | - | | | | | 149.70 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Lori Rafaj 1802 Cecily Drive Joliet, IL 60435 | | - | | | | | 138.92 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Maria Voulgaris 358 N. Walnut Wood Dale, IL 60191 | | - | | | | | 1,401.88 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,105.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Irena Bridal, Inc.**                                                     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Mary Beth Cieplak 4710 Old Oaks Drive, Apt 2B Lisle, IL 60532 | | - | | | | | 798.86 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Mary Koludrovic 936 W. Madison St., St. #3D Chicago, IL 60607 | | - | | | | | 169.10 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Maxine Mitcham 21 N. Ash Avenue Hillside, IL 60162 | | - | | | | | 254.22 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Megan Rello 58 McKinl Street Saint Charles, IL 60174 | | - | | | | | 176.63 |
| Account No. | | | Reimbursement for undelivered merchandise | | | | |
| Melissa Boloman 2848 W. Shakespeare, #3W Chicago, IL 60647 | | - | | | | | 138.93 |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,537.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Irena Bridal, Inc.**
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Melissa Drotziger 486 Duane Terrace, Unit A Glen Ellyn, IL 60137 | | - | | | | | | 142.15 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Melissa Priorello 435 S. Harvard Villa Park, IL 60181 | | - | | | | | | 199.33 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Melissa Tinucci 3500 30th Avenue South, #307 Grand Forks, ND 58201 | | - | | | | | | 160.47 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Michaela Barron 717 Ferret Crossing Oswego, IL 60543 | | - | | | | | | 160.48 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Michell Birt 1010 S. School Lombard, IL 60148 | | - | | | | | | 1,014.38 |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,676.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**                                                Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Michelle Baldridge 8050 Shoshone Drive Tinley Park, IL 60477 | | - | Reimbursement for undelivered merchandise | | | | 1,655.53 |
| Account No. Michelle Magnolo 1606 Midwest Club Parkway Oak Brook, IL 60523 | | - | Reimbursement for undelivered merchandise | | | | 149.32 |
| Account No. Nicor PO Box 0632 Aurora, IL 60507-0632 | | - | Miscellaneous utilities | | | | 1,418.68 |
| Account No. Noreen Shalabi 2110 Fall Brook Naperville, IL 60565 | | - | Reimbursement for undelivered merchandise | | | | 1,093.64 |
| Account No. Noula Georgetos 7499 W. Foster Harwood Heights, IL 60706 | | - | Reimbursement for undelivered merchandise | | | | 187.42 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     4,504.59

B6F (Official Form 6F) (12/07) - Cont.

In re    Irena Bridal, Inc.                                                        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Pamela Schieber 1216 W. Roscoe, Apt. #1 Chicago, IL 60657 | | - | | | | | | 171.25 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Rebecca Delaurentis 3135 Duluth Highland, IN 46322 | | - | | | | | | 187.40 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Rowsha LaBranche 11 Allegheny Court Bolingbrook, IL 60440 | | - | | | | | | 176.65 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Sara Beatty 1103 S. Farlview Avenue Lombard, IL 60148 | | - | | | | | | 160.47 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Sara Brock 747 E. North Street Galesburg, IL 61401 | | - | | | | | | 214.33 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  910.10

B6F (Official Form 6F) (12/07) - Cont.

In re __Irena Bridal, Inc._____     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Savannah Briggs<br>1009 Leavenworth<br>Omaha, NE 68102 | | - | Reimbursement for undelivered merchandise | | | | 138.93 |
| Account No.<br><br>Servicemaster<br>25 East North Avenue<br>Villa Park, IL 60181 | | - | Miscellaneous flood services | | | | 225.00 |
| Account No.<br><br>Shari Giannoudakos<br>19W134 Ave Orlean<br>Oak Brook, IL 60523 | | - | Reimbursement for undelivered merchandise | | | | 149.32 |
| Account No.<br><br>Stacey Kiran<br>641 W. Aldine Avenue, #209<br>Chicago, IL 60657 | | - | Reimbursement for undelivered merchandise | | | | 164.78 |
| Account No.<br><br>Stacy Devivo<br>631 S. Grace Street<br>Lombard, IL 60148 | | - | Reimbursement for undelivered merchandise | | | | 165.47 |

Sheet no. __25__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    843.50

B6F (Official Form 6F) (12/07) - Cont.

In re    Irena Bridal, Inc.                                                    Case No. _____
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stefani Barcal<br>5803 Oakwood Drive, Unit D<br>Lisle, IL 60532 | | - | Reimbursement for undelivered merchandise | | | | 138.92 |
| Account No.<br><br>Stephanie Hurt<br>950 Chicago Avenue<br>Oak Park, IL 60302 | | - | Reimbursement for undelivered merchandise | | | | 1,073.24 |
| Account No.<br><br>Susan Sperkwich<br>5100 S. Nachez<br>Chicago, IL 60638 | | - | Reimbursement for undelivered merchandise | | | | 149.32 |
| Account No.<br><br>Svetozara Zehireva<br>5441 N. East River Rd., #1615<br>Chicago, IL 60656 | | - | Reimbursement for undelivered merchandise | | | | 787.50 |
| Account No.<br><br>Sylva Spraggins<br>5825 W. Race Avenue<br>Chicago, IL 60644 | | - | Reimbursement for undelivered merchandise | | | | 187.42 |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,336.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Irena Bridal, Inc.**
_____    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Sylvia Giedrojt PO Box 8892 Rolling Meadows, IL 60089 | | - | | | | | | 920.11 |
| Account No. | | | | Miscellaneous product | | | | |
| Symphony 540 Nepperhan Avenue, 4th Floor Yonkers, NY 10701 | | | | | | | | 1,626.61 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Tamara Collin 813 Snowhill Court Glen Ellyn, IL 60137 | | - | | | | | | 755.40 |
| Account No. | | | | Miscellaneous shipping services | | | | |
| UPS PO Box 650580 Dallas, TX 75265 | | - | | | | | | 75.95 |
| Account No. | | | | Reimbursement for undelivered merchandise | | | | |
| Vanessa DiPasca 2111 Boeger Avenue Westchester, IL 60154 | | - | | | | | | 149.32 |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,527.39

B6F (Official Form 6F) (12/07) - Cont.

In re __Irena Bridal, Inc.__ _____   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Vanessa Vasen <br> 1304 Pennwood Court <br> Schaumburg, IL 60191 | | - | Reimbursement for undelivered merchandise | | | | 181.67 |
| Account No. <br><br> Veolia Environmental Service <br> PO Box 6484 <br> Carol Stream, IL 60197 | | - | Miscellaneous utilities | | | | 295.50 |
| Account No. <br><br> Veronica Miller <br> 2145 E. 87th St. <br> Chicago, IL 60617 | | - | Reimbursement for undelivered merchandise | | | | 189.56 |
| Account No. <br><br> Vivian Micham <br> 1532 South Drake <br> Chicago, IL 60623 | | - | Reimbursement for undelivered merchandise | | | | 189.56 |
| Account No. <br><br> Watters & Watters <br> 4801 Spring Valley, Suite 108 <br> Dallas, TX 75244 | | - | Miscellaneous product | | | | 529.80 |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 1,386.09 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 246,180.66 |

B6G (Official Form 6G) (12/07)

In re  __Irena Bridal, Inc._____   Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Comar Properties**<br>**c/o Steven D. Titiner**<br>**1700 N. Farnsworth Avenue**<br>**Aurora, IL 60505** | **Store lease** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Irena Bridal, Inc.**                                                                      Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Irene Ignowski | Advanta<br>PO Box 5657<br>Hicksville, NY 11802 |
| Irene Ignowski | American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 |
| Irene Ignowski | Bank of America<br>PO Box 15710<br>Wilmington, DE 19886 |
| Irene Ignowski | Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| Irene Ignowski | Bank of America Business<br>Gold Reserve<br>PO Box 851001-1001<br>Dallas, TX 75285-1001 |
| Irene Ignowski | Business Capital<br>PO Box 0001<br>Los Angeles, CA 90096-8000 |
| Irene Ignowski | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Irene Ignowski | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Irene Ignowski | Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Irene Ignowski | Citi Business Card<br>PO Box 688901<br>Des Moines, IA 50368 |
| Irene Ignowski | Discover<br>PO Box 6103<br>Carol Stream, IL 60197-6492 |

**1**

_____ continuation sheets attached to Schedule of Codebtors

In re    **Irena Bridal, Inc.**
_____      Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Irene Ignowski** | **Jane Heflin**<br>**270 N. Garfield**<br>**Lombard, IL 60148** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Irena Bridal, Inc._____

Debtor(s)

Case No. _____

Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __43__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____1/15/11_____

Signature _____

Irene Ignowski
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Irena Bridal, Inc.__

Debtor(s)

Case No. _____

Chapter   7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $366,167.00 | 2008: |
| $344,409.00 | 2009: |
| $197,714.00 | 2010 Year-to-date: |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
□    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Comar Properties, Inc., et al v. Irena Bridal, Inc. 2010 LM 2405** | **Judgement for Possession and Rent** | **DuPage County, IL** | |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Ottenheimer Rosenbloom 750 Lake Cook Road, #140 Buffalo Grove, IL 60089** | | **$2,000.00 - (no adversary proceedings)** |

#### 10. Other transfers

None ■
   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■
   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■
   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None ■
   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■
   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14. Property held for another person

None ■
   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

#### 15. Prior address of debtor

None ■
   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six** years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six** years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

**None** ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

**None** ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Irene Ignowski**<br>**835 Seminary Circle**<br>**Glen Ellyn, IL 60137** | |

**None** ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

**None** ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Irene Ignowski** | **835 Seminary Circle**<br>**Glen Ellyn, IL 60137** |

**None** ■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

**20. Inventories**

**None** ■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Irene Ignowski** | **Salary** | **November 2009 - Current $1,500.00** |

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____ 1/19/11 _____          Signature _____

                                   Irene Ignowski
                                   President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Irena Bridal, Inc.**

Case No. _____

Chapter  **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 4,000.00 |
| Prior to the filing of this statement I have received | $ 2,000.00 |
| Balance Due | $ 2,000.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

Lester A. Ottenheimer III 3127572
Ottenheimer Rosenbloom, LLC
750 Lake Cook Road
Suite 140
Buffalo Grove, IL 60089
847-520-9400  Fax: 847-520-9411
Lottenheimer@otrlaw.com and Jrose@otrlaw.com

# United States Bankruptcy Court
## Northern District of Illinois

In re   Irena Bridal, Inc.

Debtor(s)

Case No.
Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    148

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____1/15/11_____          _____
                                Irene Ignowski/President
                                Signer/Title

A. Brzuszkiewicz
2417 Cactus Ct.
Plainfield, IL 60586


Ace Coffee Bar
601 E. Lake Street
Streamwood, IL 60107


Advanta
PO Box 5657
Hicksville, NY 11802


Alex Quinnet
2808 E. Player Drive
Spokane, WA 99223


Alicia Anderson
1961 N. Hicks Road
Palatine, IL 60074


Allure
American Clothing
8415 Wolf Lake Drive
Bartlett, TN 38133


Amanda Brandt
180 Amber Court
West Chicago, IL 60185


Amanda Russell
One Wheaton Ctr, #2006
Wheaton, IL 60187


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Andrea Hicks
140 SE 133 Avenue
Portland, OR 97233


Anne Nemchausky
1522 Crabtree Drive
Westmont, IL 60559

Annette Echols
2233 S. Highland Ave., #210
Lombard, IL 60148


Annette Ganvik-Michalowski
1100 Creekview Drive
Vernon Hills, IL 60061


April Belangor
16523 Zausa Drive
Crest Hill, IL 60403


Ashley Neal
28W750 Hawthorne Lane
West Chicago, IL 60185


Ashley Russell
4405 N. Sacremento, #3B
Chicago, IL 60625


Ashley Taff
1009 Kent Street
Lincoln, NE 68521


AT&T
PO Box 5001
Carol Stream, IL 60197-5001


Bank of America
PO Box 15710
Wilmington, DE 19886


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Bank of America Business
Gold Reserve
PO Box 851001-1001
Dallas, TX 75285-1001


Beatrice Whitley
34213 Sprint Hills Way
Dade City, FL 33523

Beth Nemchausky
2700 W. Belmont, #208
Chicago, IL 60618


Bianca Donahue
914 Worcester Avenue
Westchester, IL 60154


Bill Hainesworth
27 W 345 Fleming Drive
Winfield, IL 60190


Business Capital
PO Box 0001
Los Angeles, CA 90096-8000


Capital One
PO Box 6492
Carol Stream, IL 60197-6492


Carlie Hoekstra
1461 Castlewood
Wheaton, IL 60187


Caroline Gill
1943 Papworth
Wheaton, IL 60187


Carrie Fatz
1423 Newcastle
Westchester, IL 60154


Carson Quinnet
2808 E. Player Drive
Spokane, WA 99223


Casa Blanca
2140 E. Winston Road
Anaheim, CA 92806


Chase
PO Box 15153
Wilmington, DE 19886-5153

Cheryl Cuting
285 Park Avenue, Apt # 10303
Pooler, GA 31322


Christina Kefaloukos
333 Bryant Avenue
Glen Ellyn, IL 60137


Citi Business Card
PO Box 688901
Des Moines, IA 50368


Comar Properties
c/o Steven D. Titiner
1700 Farnsworth
Aurora, IL 60505


Comar Properties
c/o Steven D. Titiner
1700 N. Farnsworth Avenue
Aurora, IL 60505


Courtney Somerfield
128 Kingery Quarter
Willowbrook, IL 60527


Danielle Mugnolo
1606 Midwest Club Pwky
Oak Brook, IL 60523


Dependable Business Forms
834 S. Myrtle
Willa Park, IL 60180


Dijona Donahue
914 Worcester Avenue
Westchester, IL 60154


Dina Gabay
2001 S. Meyers Road
Apt 309
Villa Park, IL 60181

Discover
PO Box 6103
Carol Stream, IL 60197-6492


E. Maslanka-Sceltes
6135 S. McVicker
Chicago, IL 60638


Elaine Whitt
18061 Biscayne Blvd.
North Miami Beach, FL 33160


Elavon Merchant Services
Chargeback Department
7300 Chapman Hwy
Knoxville, TN 37920


Elise Melrose
833 W. 15th Place
Chicago, IL 60608


Elizabeth Martin
2921 Spring Green Drive
Darien, IL 60561


Ellie Dovantzis
200 N. Lake Shore Drive, #603
Chicago, IL 60657


Elyse Barron
340 Long Oak Drive
West Chicago, IL 60185


Emily Ericksen
17W708 Butterfield Road, #306
Oakbrook Terrace, IL 60181


Emily O'Reilly
246 Hill Avenue
Glen Ellyn, IL 60137


Emily Reed
2421 Spruce Street
River Grove, IL 60171

Ericka Smith
1336 McDowell Road. #201
Naperville, IL 60563


Erin Caldwell
5 Fourth Street
Downers Grove, IL 60515


Erin Crowley
115 N. Biermann
Villa Park, IL 60181


Erin McAndrew
16128 Golfview Drive
Lockport, IL 60441


Georgia Biehl
955 Sheridan Circle
Naperville, IL 60563


Hannah O'Reilly
246 Hill Avenue
Glen Ellyn, IL 60137


Harriett Mitcham
2316 Springdale Lane
Waldorf, MD 20603


Hilary Holsteen
9N755 Nesler Road
Elgin, IL 60124


Illinois Department of Employment
Security
PO Box 19286
Springfield, IL 62794


Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001


Impression
111000 West Airport
Stafford, TX 77477

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Jane Heflin
270 N. Garfield
Lombard, IL 60148


Janet Cordoves
1500 W. Sullivan Road
Aurora, IL 60506


Jasmine
820 Turnberry Court
Hanover Park, IL 60133


Jenna Trammell
321 S. West Ave., Apt F
Elmhurst, IL 60126


Jennifer Bickford
550 Ida Street, Unit 1SE
Des Plaines, IL 60016


Jennifer Hyland
22W141 Glen Valley Drive
Glen Ellyn, IL 60137


Jennifer LaRocco
2105 Mandel
Westchester, IL 60154


Jennifer Thomason
1700 North Park Avenue
Chicago, IL 60614


Jessica Bruning
406 Park Avenue, Unit 1
Sycamore, IL 60178


Jessica Jetter
1213 Duke Court
Naperville, IL 60565

Jessica Lopez
1324 S. Cuyler Avenue
Berwyn, IL 60402


Joanna Wilson
4710 Old Oaks Drive, Apt. 2B
Lisle, IL 60532


Joanne Sanogrossi
2135 N. Harlem, Unit 225
Elmwood Park, IL 60707


Julie Hubbard
1520 W. Henderson, Apt. #1
Chicago, IL 60657


Karen Schwarz
51 W. Altgeld Ave
Glendale Heights, IL 60139


Kate Nemchausky
816 S. Adams Street
Apt. C202
Westmont, IL 60559


Kathryn Daffava
2255 Oakridge Drive, #12
Aurora, IL 60502


Kathy Loehman
1160 Robey Avenue
Downers Grove, IL 60515


Kathyryn Pasek
415 S. Addison
Villa Park, IL 60181


Katie Baldridge
8050 Shoshone Trail
Tinley Park, IL 60477


Katie Taylor
2S522 River Oaks Drive
Warrenville, IL 60555

Katrina Ternoir
1631 Rose Lane
Romeoville, IL 60446


Kelly Moroney
409 W. Ronald
Addison, IL 60101


Kelly Noone
116 Saratoga Drive
McMurray, PA 15317


Kendall Hoekstra
1461 Castlewood
Wheaton, IL 60189


Keri Frederick
1140 N. Ardmore
Villa Park, IL 60181


Kirsten Hoffland
1366 Brighton Drive
Wheaton, IL 60189


Kristen Cieplak
1221 Wallen Place
Downers Grove, IL 60516


Kristen Miller
138 N. Canyon Drive
Bolingbrook, IL 60490


Kristin Fino
243 El Paso Lane
Carol Stream, IL 60188


Kyle Bellazzini
3S450 Williams Court
Warrenville, IL 60555


LaToya Peire
8405 Andrea Lane, Apt. D
Woodridge, IL 60517

Laura Barron
340 Long Oak Drive
West Chicago, IL 60185


Lauren Kerchill
1071 W. 15th Street, #305
Chicago, IL 60608


Laurie Johnson
1520 Prairie Crossing
West Chicago, IL 60185


Levkoff
8 Westchester Plaza
PO Box 1233
Elmsford, NY 10523


Lisa Savoie
16131 Golfview Drive
Lockport, IL 60441


Lisa Scotti
329 E. 31st Street
Baltimore, MD 21218


Lisa Wisvader
481 Arrowheard Trail
Carol Stream, IL 60188


Lori Panzarella
195 Duxbury, Unit A
Bloomingdale, IL 60108


Lori Rafaj
1802 Cecily Drive
Joliet, IL 60435


Maria Voulgaris
358 N. Walnut
Wood Dale, IL 60191


Mary Beth Cieplak
4710 Old Oaks Drive, Apt 2B
Lisle, IL 60532

Mary Koludrovic
936 W. Madison St., St. #3D
Chicago, IL 60607


Maxine Mitcham
21 N. Ash Avenue
Hillside, IL 60162


Megan Rello
58 McKinl Street
Saint Charles, IL 60174


Melissa Boloman
2848 W. Shakespeare, #3W
Chicago, IL 60647


Melissa Drotziger
486 Duane Terrace, Unit A
Glen Ellyn, IL 60137


Melissa Priorello
435 S. Harvard
Villa Park, IL 60181


Melissa Tinucci
3500 30th Avenue South, #307
Grand Forks, ND 58201


Michaela Barron
717 Ferret Crossing
Oswego, IL 60543


Michell Birt
1010 S. School
Lombard, IL 60148


Michelle Baldridge
8050 Shoshone Drive
Tinley Park, IL 60477


Michelle Magnolo
1606 Midwest Club Parkway
Oak Brook, IL 60523

Nicor
PO Box 0632
Aurora, IL 60507-0632


Noreen Shalabi
2110 Fall Brook
Naperville, IL 60565


Noula Georgetos
7499 W. Foster
Harwood Heights, IL 60706


Pamela Schieber
1216 W. Roscoe, Apt. #1
Chicago, IL 60657


Rebecca Delaurentis
3135 Duluth
Highland, IN 46322


Rowsha LaBranche
11 Allegheny Court
Bolingbrook, IL 60440


Sara Beatty
1103 S. Fariview Avenue
Lombard, IL 60148


Sara Brock
747 E. North Street
Galesburg, IL 61401


Savannah Briggs
1009 Leavenworth
Omaha, NE 68102


Servicemaster
25 East North Avenue
Villa Park, IL 60181


Shari Giannoudakos
19W134 Ave Orlean
Oak Brook, IL 60523

Stacey Kiran
641 W. Aldine Avenue, #209
Chicago, IL 60657

Stacy Devivo
631 S. Grace Street
Lombard, IL 60148

Stefani Barcal
5803 Oakwood Drive, Unit D
Lisle, IL 60532

Stephanie Hurt
950 Chicago Avenue
Oak Park, IL 60302

Susan Sperkwich
5100 S. Nachez
Chicago, IL 60638

Svetozara Zehireva
5441 N. East River Rd., #1615
Chicago, IL 60656

Sylva Spraggins
5825 W. Race Avenue
Chicago, IL 60644

Sylvia Giedrojt
PO Box 8892
Rolling Meadows, IL 60089

Symphony
540 Nepperhan Avenue, 4th Floor
Yonkers, NY 10701

Tamara Collin
813 Snowhill Court
Glen Ellyn, IL 60137

UPS
PO Box 650580
Dallas, TX 75265

Vanessa DiPasca
2111 Boeger Avenue
Westchester, IL 60154


Vanessa Vasen
1304 Pennwood Court
Schaumburg, IL 60191


Veolia Environmental Service
PO Box 6484
Carol Stream, IL 60197


Veronica Miller
2145 E. 87th St.
Chicago, IL 60617


Vivian Micham
1532 South Drake
Chicago, IL 60623


Watters & Watters
4801 Spring Valley, Suite 108
Dallas, TX 75244